**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7121**

———————

MICHAEL R. RAY,

Petitioner - Appellant,

versus

MATTHEW B. HAMIDULLAH, Warden of FCI Estill;
FEDERAL BUREAU OF PRISONS; STATE OF NEW
JERSEY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:06-cv-01201-RBH; 4:06-cv-01178-RBH)

———————

Submitted:  January 10, 2008        Decided:  January 25, 2008

———————

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

———————

Dismissed in part; affirmed in part by unpublished per curiam
opinion.

———————

Michael R. Ray, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. Ray, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his petitions filed under 28 U.S.C. §§ 2241, 2254 (2000) and denying his subsequent Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss as to the denial of § 2254 relief and affirm as to the denial of § 2241 relief for the reasons stated by the district court. See Ray v. Hamidullah, Nos. 4:06-cv-01178-RBH; 4:06-cv-01201-RBH (D.S.C. Feb. 6 & July 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED IN PART;
AFFIRMED IN PART